01129-232190 JDB

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **BOARD OF MAYOR AND ALDERMEN OF THE CITY OF RIPLEY TENNESSEE,** | |
|      **Petitioner,** | |
| **v.** | **No.** |
| **MIKE ALLMAND,** | |
|      **Individually, and** | |
| **PHILLIP JACKSON, EUNICE JENKINS, KENNY PARHAM, and MINNIE STOWE, As Members of the RIPLEY POWER & LIGHT CO. UTILITY BOARD,** | |
|      **Respondents;** | |
| **AND** | |
| **PHILLIP JACKSON, EUNICE JENKINS, KENNY PARHAM, and MINNIE STOWE, Individually and As Members of the RIPLEY POWER & LIGHT CO. UTILITY BOARD and MIKE ALLMAND,** | |
|      **Counter-Petitioners and Third-Party Petitioners,** | |
| **v.** | |
| **BOARD OF MAYOR AND ALDERMEN OF THE CITY OF RIPLEY, TENNESSEE,** | |
|      **Counter-Respondent, and** | |
| **CRAIG FITZHUGH, Individually and** | |

1

01129-232190 JDB

**Officially, RACHEL JACKSON, Individually and Officially, and THE CITY OF RIPLEY, TENNESSEE,**

**Third-Party Respondents.**

## NOTICE OF REMOVAL

Counter-Respondent Board of Mayor and Aldermen of the City of Ripley, Tennessee, and Third-Party Respondents Craig Fitzhugh, Rachel Jackson, and the City of Ripley, Tennessee (collectively "Counter Respondents") remove this case from the Circuit Court of Lauderdale County, Tennessee, to the United States District Court for the Western District of Tennessee, Western Division. The following facts support Counter-Respondents' removal of this case:

1. On June 28, 2023, Petitioner Board of Mayor and Aldermen filed a complaint against Respondents Mike Allmand and Phillip Jackson, Eunice Jenkins, Kenny Parham, and Minnie Stowe as members of the Ripley Power & Light Co. Utility Board in the Circuit Court of Lauderdale County, Tennessee, Docket No. 7295. Petition is attached as **Exhibit A**.

2. On July 31, 2023, Mike Allmand and Phillip Jackson, Eunice Jenkins, Kenny Parham, and Minnie Stowe as members of the Ripley Power & Light Co. Utility Board (collectively "Counter Petitioners") filed an answer with a counter-petition and third-party petition, which are attached as **Exhibits B and C**.[1]

---

[1] Phillips Jackson, Eunice Jenkins, Kenny Parham, and Minnie Stowe as members of the Ripley Power & Light Co. Utility Board's counter-petition and third-party petition is attached as Exhibit B; Mike Allmand's counter-petition and third-party petition is attached as Exhibit C.

01129-232190 JDB

3.      The City received Counter-Petitioners' counter-petition and third-party petition shortly after filing as a responsive pleading.

4.      Mayor Fitzhugh was served on August 2, 2023, and Ms. Jackson was served on August 14, 2023.

5.      Counter-Respondents all agree to removal.

6.      Counter-Petitioners assert that Counter-Respondents violated their federal constitutional rights, alleging violations under the First and Fourteenth Amendment and 42 U.S.C. § 1983. *See* Phillip Jackson, Eunice Jenkins, Kenny Parham, and Minnie Stowe's Counter-Petition at ¶¶ 145-168, at ¶¶ 103-122 and Third-Party Petition at ¶¶ 119-140; Mike Allmand's Counter-Petition at ¶¶ 144-162 and Third-Party Petition at ¶¶ 119-138.

7.      This Court has original jurisdiction because federal law creates Counter-Petitioners' cause of action and their "right to relief necessarily depends upon a resolution of a substantial question of federal law." *Franchise Tax Bd. v. Constr. Laborers Vacation Trust for S. Cal.*, 483 U.S 1, 27-28 (1983).

8.      Because federal courts have original jurisdiction over claims arising under the laws of the United States, this Court has jurisdiction in this case. 28 U.S.C. § 1331 (2023).

9.      Because Counter-Respondents filed the Notice of Removal within 30 days of Counter-Petitioners filing their counter-petitions and third-party complaints, removal is timely under 28 U.S.C. § 1446(b).

10.     Counter-Respondents do not waive any defenses available to them. *See Cowen v. American Medical Sys., Inc.*, 411 F. Supp.2d 717, 720 (E.D. Mich. 2006).

01129-232190 JDB

11. Because this Court's jurisdiction includes the county in which Petitioner and Counter-Petitioner filed suit and the county in which he claims the causes of action accrued, venue is proper under 28 U.S.C. § 1441(a).

12. Counter-Respondents have served written notice of the removal on Counter-Petitioners and have filed a copy of the Notice of Removal in state court. Notice of Filing Notice of Removal is attached as **Exhibit D**.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, PLC

s/ John D. Burleson
JOHN D. BURLESON, BPR #10400
MATTHEW R. COURTNER, BPR #29113
*Attorneys for Third-Party Respondent Rachel Jackson*
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
jburleson@raineykizer.com
mcourtner@raineykizer.com

FARRAR BATES

s/ Kristin E. Berexa (with permission)
KRISTIN E. BEREXA, BPR #14833
*Attorney for the City of Ripley, Tennessee*
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
(615) 254-3060
kberexa@fbb.law

FLIPPIN, COLLINS & HILL, PLLC

s/ Michael R. Hill (with permission)
MICHAEL R. HILL, BPR #017409
Attorney for Mayor Craig Fitzhugh
P.O. Box 679

4

01129-232190 JDB

> 1066 South Main Street
> Milan, TN 38358
> (731) 686-8355
> mh_fch@bellsouth.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this pleading or document has been served upon all interested parties via electronic mail, through the Court's ECF system, or by U.S. Mail.

| | |
|---|---|
| HEATHER W. FLETCHER, BPR #16945<br>Allen, Summers & Gresham, PLLC<br>80 Monroe Ave., Ste. 650<br>Memphis, TN 38103<br>(901) 763-4200<br>hfletcher@allensummers.com<br><br>*Attorney for Mike Allmand* | JAMES M. SIMPSON, BPR #15023<br>SHAWN R. LILLIE, BPR #14939<br>Simpson & Lillie, PLLC<br>265 N. Lamar Blvd, Ste. D<br>Oxford, MS 38665<br>jim@simpsonlillie.com<br>shawn@simpsonlillie.com<br><br>*Attorneys for Phillip Jackson, Eunice Jenkins, Kenny Parham, and Minnie Stowe* |
| AMBER GRIFFIN SHAW, BPR #26337<br>Harris Shelton<br>114 West Liberty Ave., Ste. 202<br>Covington, TN 38109<br>(901) 476-7100<br>ashaw@harrisshelton.com<br><br>*Attorney for Petitioner* | KRISTIN E. BEREXA, BPR #14833<br>Farrar, Bates, Berexa<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027<br>(615) 254-3060<br>kberexa@fbb.law<br><br>*Attorney for the City of Ripley, Tennessee* |
| MICHAEL R. HILL, BPR #017409<br>P.O. Box 679<br>1066 South Main Street<br>Milan, TN 38358<br>(731) 686-8355<br>mh_fch@bellsouth.net<br><br>*Attorney for Mayor Craig Fitzhugh* | |

This 18th day of August, 2023.

                                            s/ John D. Burleson
                                    _____