# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BOARD OF MAYOR AND ALDERMEN OF THE CITY OF RIPLEY, TENNESSEE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | No. 2:23-cv-02517-TLP-atc |
| MIKE ALLMAND, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Notice of Removal from Lauderdale County Circuit Court, filed on August 18, 2023. (ECF No. 1.) In accordance with the Order Granting Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 141), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

April 30, 2024
Date